UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                              CR. NO. S-11-502 LKK

JOHN PATRICK FROST, JR.,

        Defendant.
_____/

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                              CR. NO. S-12-055 GEB

MARGARET FROST,
JOHN FROST, SR.
                                            <u>RELATED CASE ORDER</u>
        Defendants.
_____/

    Examination of the above-entitled actions reveals that the two (2) actions are related within the meaning of Local Rule 123(a), E.D. Cal. (2011). For the reasons set forth in the government's Notice of Related Cases, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1    The parties should be aware that relating the cases under
2 Local Rule 123 merely has the result that the actions are assigned
3 to the same judge; no consolidation of the actions is effected.
4 Under the regular practice of this court, related cases are
5 generally assigned to the judge to whom the first filed action was
6 assigned.
7    IT IS THEREFORE ORDERED that the action denominated CR. NO.
8 S-12-055 GEB be, and the same hereby is, reassigned to Judge
9 Lawrence K. Karlton for all further proceedings. Henceforth the
10 caption on all documents filed in the reassigned case shall be
11 shown as CR. NO. S-12-055 LKK.
12   IT IS FURTHER ORDERED that the Clerk of the Court make
13 appropriate adjustment in the assignment of criminal cases to
14 compensate for this reassignment.
15   DATED: April 27, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT