1  CANDACE A. FRY
   CA Bar No. 68910
2  2401 Capitol Avenue
   Sacramento, CA  95816
3  Telephone:  (916) 446-9322
   FAX:  (916) 446-0770
4  E Mail: c.fry@att.net

5  Attorney for MARGARET FROST,
   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-12-0055-LKK |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| MARGARET FROST and JOHN FROST, SR., | |
| Defendants. | |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the status conference presently scheduled in the above matter for May 22, 2012, shall be continued to June 5, 2012, at 9:15 a.m.

The parties are in the process of finalizing a pretrial diversion agreement.  However, further time is needed for review and approval by Pretrial Services.   Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through June 5, 2012,   to provide reasonable time for defense preparation of the case, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4.

///

-1-

///

Dated: May 21, 2012        /s/ Candace A. Fry
                           CANDACE A. FRY, Attorney for
                           MARGARET FROST, Defendant

Dated: May 21, 2012        /s/ Candace A. Fry for
                           CHRISTOPHER R. COSCA, Attorney for
                           JOHN FROST, SR., Defendant

Dated: May 21, 2012        BENJAMIN B. WAGNER
                           United States Attorney

                           By   /s/ Candace A. Fry for
                                MICHELLE A. PRINCE,
                                Assistant United States Attorney

                           (Signed for Ms. Prince & Mr. Cosca with
                           their prior authorization)

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is hereby ordered that the May 22, 2012, status conference be continued to June 5, 2012, at 9:15 a.m. Based on the representation of defense counsel, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that time up to and including the June 5, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: May 21, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT