CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770
E Mail: c.fry@att.net

Attorney for MARGARET FROST,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>MARGARET FROST and<br>JOHN FROST, SR.,<br><br>                Defendants. | No. CR. S-12-0055-LKK<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the status conference presently scheduled in the above matter for June 5, 2012, shall be continued to June 19, 2012, at 9:15 a.m.

The parties are in the process of finalizing a pretrial diversion agreement.  However, further time is needed for review and approval by Pretrial Services.   Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through June 19, 2012,   to provide reasonable time for defense preparation of the case, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4.

///

-1-

| | |
|---|---|
| | /// |
| Dated: May 31, 2012 | _/s/ Candace A. Fry_<br>CANDACE A. FRY, Attorney for<br>MARGARET FROST, Defendant |
| Dated: May 31, 2012 | _/s/ Candace A. Fry for_<br>CHRISTOPHER R. COSCA, Attorney for<br>JOHN FROST, SR., Defendant |
| Dated: May 31, 2012 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By _/s/ Candace A. Fry for_<br>MICHELLE A. PRINCE,<br>Assistant United States Attorney |
| | (Signed for Ms. Prince & Mr. Cosca with their prior authorization) |

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is hereby ordered that the June 5, 2012, status conference be continued to June 19, 2012, at 9:15 a.m. Based on the representation of defense counsel, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that time up to and including the June 19, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: June 1, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT JUDGE