LAW OFFICES OF CHRIS COSCA
CHRIS COSCA    CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
JOHN FROST SR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHN FROST, SR.,<br><br>　　　　Defendant. | 2: 12-CR-0055 LKK<br><br>**WAIVER OF DEFENDANT JOHN FROST, SR.'S APPEARANCE; ORDER** |

　　　Defendant JOHN FROST, SR. hereby waives his right to be personally present in open court for the hearing of any status conference or other proceeding in this case, except that he agrees to be present for all hearings regarding motions, trial setting, trial confirmation, plea, sentencing and jury trial; defendant also agrees to be personally present in court when so ordered.

　　　Defendant hereby requests the court to proceed in his absence. He agrees that his interests will be deemed represented at all times by the presence of his undersigned attorney, the same as if he were personally present.

　　　Defendant further acknowledges that he has been informed of his rights under the

1

US v. FROST- WAIVER OF APPEARANCE

Speedy Trial Act (Title 18 U.S.C. Sections 3161 – 3174), and has authorized his attorney to set times for hearings and to agree to delays under the provisions of the Speedy Trial Act without being personally present.

Respectfully submitted,

Dated: June 12, 2012 /s/ John Frost, Sr.
JOHN FROST, SR.
Defendant

Dated: June 12, 2012 /s/ Chris Cosca
CHRIS COSCA
Attorney for Defendant,
JOHN FROST, SR.

**ORDER**

**IT IS SO ORDERD.**

Dated: June 12, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT